IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SARA RILEY, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>CENTERSTONE OF AMERICA, INC., CENTERSTONE OF INDIANA, INC., and CENTERSTONE OF TENNESSEE, INC.,<br><br>    *Defendants.* | Case No. 3:22-cv-00662<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SETTLEMENT/MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES

COMES NOW the Plaintiff, Sarah Riley, individually and on behalf of the Class of similarly situated persons, by and through counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C. and Siri & Glimstad LLP, and file this Notice of Settlement. The Plaintiff and Defendants have reached a resolution in principal to the claims set forth in this action and would request time to finalize approval paperwork and set an approval hearing for this case.

In addition, Plaintiff would respectfully request the Court continue all deadlines associated with the case management conference, as the docket reflects a due date of February 22, 2023 for the submission of a proposed Case Management Order. This Motion is unopposed and is being filed pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6.01, as the time for filing the proposed case management order has not yet expired. As a result of the resolution of this case, Plaintiff respectfully submits that good cause has been shown to permit a continuance in the upcoming Case Management Conference and associated deadlines.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Sarah Riley, individually and on behalf of the Class of similarly situated persons, respectfully requests that this Honorable Court continue the Initial Case Management Conference and associated deadlines for the submission of a proposed Case Management Order.

1

Respectfully submitted,

By: /s/ Edwin E. Wallis III
Edwin E. Wallis III (TN #23950)
GLASSMAN, WYATT, TUTTLE & COX, P.C.
26 North Second Street
Memphis, Tennessee 38103
Tel: (901) 527-4673
Fax: (901) 521-0940
E: ewallis@gwtclaw.com

and

SIRI & GLIMSTAD LLP
Mason A. Barney (*pro hac vice* admitted)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 16, 2023, a copy of the foregoing Unopposed Motion to Continue Initial Case Management Conference and Incorporated Memorandum of Law was filed electronically through the Court's Electronic Case Filing System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and via U.S. Mail, postage prepaid, and/or email to the following:

| | |
|---|---|
| Centerstone of America, Inc.<br>44 Vantage Way, Suite 400<br>Nashville, TN 37228 | Eric Y. Kizirian, Esq.<br>Lewis Brisbois<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Eric.Kizirian@lewisbrisbois.com<br>***Counsel for Defendants*** |
| Centerstone of Indiana, Inc.<br>645 South Rogers Street<br>Bloomington, IN, 47403 | |
| Centerstone of Tennessee, Inc.<br>44 Vantage Way, Suite 400<br>Nashville, TN 37228 | Melody McAnally, Esq.<br>Butler Snow, LLP<br>6075 Poplar Ave., Suite 500<br>Memphis, TN 38119<br>melody.mcanally@butlersnow.com<br>***Counsel for Defendants*** |

                                                /s/ Edwin E. Wallis III
                                                EDWIN E. WALLIS III