ORDER: Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SARA RILEY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:22-cv-00662 |
| CENTERSTONE OF AMERICA, INC., CENTERSTONE OF INDIANA, INC., and CENTERSTONE OF TENNESSEE, INC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

### UNOPPOSED MOTION TO CONTINUE DEADLINE FOR SUBMISSION OF SETTLEMENT MATERIALS AND INCORPORATED MEMORANDUM OF LAW

COMES NOW the Plaintiff, Sarah Riley, individually and on behalf of the Class of similarly situated persons, by and through counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C. and Siri & Glimstad LLP, and file this Motion to Continue Deadline for Submission of Settlement Materials. In further support of this Motion, the parties would respectfully request as follows:

1. This is a class action case involving allegations that the class representative and similarly situated individuals who are current and former Centerstone patients, suffered irreparable damage when their sensitive personal and protected health information was compromised and unlawfully accessed.

2. As previously stated, Plaintiff and Defendants have reached a resolution in principle to the claims set forth in this action but still need additional time to finalize approval paperwork and set an approval hearing for this case.

3. The Court set a deadline for the parties to make the necessary filings to terminate this action by April 3, 2023. *See* D.E. 31.

4. The Parties would respectfully request two additional weeks in order to make the requested filings with the Court. The purpose of this request is not to cause unnecessary delay but