IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SARA RILEY, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:22-cv-00662 ) |
| CENTERSTONE OF AMERICA, INC., CENTERSTONE OF INDIANA, INC., and CENTERSTONE OF TENNESSEE, INC., | ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) |

## FINAL UNOPPOSED MOTION TO CONTINUE DEADLINE FOR SUBMISSION OF SETTLEMENT MATERIALS AND INCORPORATED MEMORANDUM OF LAW

COMES NOW the Plaintiff, Sara Riley, individually and on behalf of the Class of similarly situated persons, by and through counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C. and Siri & Glimstad LLP, and files this Motion to Continue the Deadline for Submission of Settlement Materials. In further support of this Motion, the parties would respectfully request as follows:

1. This is a class action case involving allegations that the class representative and similarly situated individuals who are current and former Centerstone patients, who suffered irreparable damage when their sensitive personal and protected health information was compromised and unlawfully accessed.

2. As previously stated, Plaintiff and Defendants have reached a resolution in principle to the claims set forth in this action but still need additional time to finalize approval paperwork and set an approval hearing for this case.

3. The Court set a deadline for the parties to make the necessary filings for preliminary approval of a settlement in this action by April 3, 2023, which it extended until April 17, 2023, then until May 1, 2023 and then until May 5, 2023. *See* D.E. 31, 36, 38, 40.

1

4.	The Parties respectfully request just ten additional days to submit the filings to the Court, *i.e.*, until Monday, May 15. The Parties anticipate that this will be the final extension needed with regard to this filing.  The purpose of this request is not to cause unnecessary delay but because of unexpected demands in counsel's other cases and because the steps needed to finalize the settlement agreement and the preliminary approval papers have created additional complexity and have taken the parties additional time, including the process of identifying a proposed settlement administrator who would be able to efficiently administer a class of this size. Plaintiff believes there is good cause in requesting this extension of time for the reasons set forth herein.

5.	 This motion is being filed pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6.01, as the time for filing the necessary filings has not yet expired.

6.	Defendants, via counsel, have indicated that they do not oppose this request for an extension of time.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Sara Riley, individually and on behalf of the Class of similarly situated persons, respectfully requests that this Honorable Court extend the deadline to make the necessary filings to seek preliminary approval in this action from May 5, 2023 to May 15, 2023.

Dated: May 4, 2023	Respectfully submitted,

By: /s/ Mason A. Barney

SIRI & GLIMSTAD LLP
Mason A. Barney (admitted *pro hac vice*)
Steven D. Cohen (admitted *pro hac vice*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: scohen@sirillp.com

GLASSMAN, WYATT, TUTTLE & COX, P.C.
Edwin E. Wallis III (TN #23950)
26 North Second Street
Memphis, Tennessee 38103
Tel: (901) 527-4673
Fax: (901) 521-0940
E: ewallis@gwtclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, a copy of the foregoing Unopposed Motion was filed electronically through the Court's Electronic Case Filing System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), to the following:

Eric Y. Kizirian, Esq.
Lewis Brisbois
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Eric.Kizirian@lewisbrisbois.com

Melody McAnally, Esq.
Butler Snow, LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38119
melody.mcanally@butlersnow.com

*Counsel for Defendants*

/s/ Mason A. Barney
MASON A. BARNEY