

NEW YORK | LOS ANGELES | MIAMI
PHOENIX | DETROIT | DENVER | AUSTIN

745 Fifth Ave, Suite 500, New York, NY 10151
sirillp.com | P: (212) 532-1091 | F: (646) 417-5967

September 8, 2023

**VIA CM/ECF FILING SYSTEM**
District Judge William L. Campbell, Jr
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Courtroom 6D
Chambers, Suite 6125
Nashville, TN 37203
Tel: (615) 736-5498

      **RE:** *Riley v. Centerstone of America, Inc. et al*, **Case No. 3:22-cv-00662 in the U.S.D.C., Middle District of Tennessee, Nashville Division**

Dear Honorable Judge Campbell,

    We represent Plaintiff Sara Riley in the above-referenced action. On May 15, 2023, Plaintiff Riley filed her *Unopposed Motion for Preliminary Approval of Class Action Settlement* (Dkt. No. 42) (the "Motion"). After having conferred with counsel for Defendant Centerstone, we respectfully write to request a hearing on the Motion in order for the parties to address questions or concerns the Court may have, if any.

    We appreciate the Court's time and attention to this matter. Should Your Honor require additional information in the meantime, please do not hesitate to contact the undersigned.

                                                   Respectfully,

                                                   Mason A. Barney

CC: All Counsel (via ECF)