UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SARA RILEY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CENTERSTONE OF AMERICA, INC., CENTERSTONE OF INDIANA, INC.,** and **CENTERSTONE OF TENNESSEE, INC.,**<br><br>Defendants. | Case No. 3:22-cv-00662<br><br>**Judge William F. Campbell, Jr.**<br><br>**Magistrate Judge Alistair Newbern** |

## PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND A SERVICE AWARD

**NOW COMES** Plaintiff Sara Riley, through her undersigned counsel, who hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an order approving Plaintiff's request for (i) attorneys' fees and costs to Settlement Class Counsel in the amount of $195,000; and (ii) a service award for Plaintiff in the amount of $2,500. This Motion is made pursuant to the Court's November 28, 2023 Order (Doc. 47) and is based upon this Motion, the Memorandum of Law in Support filed herewith, the Declaration of Mason A. Barney filed herewith, the Settlement Agreement, the records, pleadings, and papers filed in this Action, and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: January 26, 2024

Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151

Telephone: (646) 357-1732
Facsimile: (646) 417-5967
Email: mbarney@sirillp.com

Edwin E. Wallis III
**Glassman, Wyatt, Tuttle & Cox, P.C.**
26 North Second Street
Memphis, TN 38103
Telephone: (901) 527-4673
Email: ewallis@gwtclaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Mason A. Barney*
Mason A. Barney
