IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARA RILEY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Case No. 3:22-cv-00662 |
| CENTERSTONE OF AMERICA, INC., ) CENTERSTONE OF INDIANA, INC., and ) CENTERSTONE OF TENNESSEE, INC., ) ) | Judge William L. Campbell, Jr. Magistrate Judge Alistair E. Newbern |
| Defendants. ) | |

**JOINT MOTION TO RESET FINAL APPROVAL HEARING AND EXTEND FINAL APPROVAL MOTION DEADLINE**

This matter is set for a Final Approval Hearing on April 26, 2024. (ECF 47.) Out of town counsel for Defendants has a scheduling conflict in another U.S. district court on the same date, which was set this week. The parties jointly request the Court reset the Final Approval Hearing to May 8, 2024, and, consistent therewith, also extend the deadline for Plaintiffs' to file their final approval motion to April 24, 2024. This is the parties' first request of this nature.

WHEREFORE, Plaintiffs and Defendants jointly request that the Court reset the Final Approval Hearing to May 8, 2024, at 9:30 am and that Plaintiffs' deadline to file their motion for final approval also be extended to April 24, 2024.

Respectfully submitted, this the 11th day of April, 2024.

/s/ *Melody McAnally*
Melody McAnally (TN # 25971)
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
melody.mcanally@butlersnow.com

Eric Y. Kizirian (admitted pro hac vice)
Lewis Brisbois, LLP
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
(213) 580-3981
Eric.Kizirian@lewisbrisbois.com

*Counsel for Defendants Centerstone of America, Inc., Centerstone of Indiana, Inc. and Centerstone of Tennessee, Inc.*

/s/ *Mason A. Barney*
Mason A. Barney (admitted pro hac vice)
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
(212) 532-1091
mbarney@sirillp.com

and

Edwin E. Wallis III (TN #23950)
Glassman, Wyatt, Tuttle & Cox, P.C.
26 North Second Street Memphis, Tennessee 38103
(901) 527-4673
ewallis@gwtclaw.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Motion will be served upon the following counsel of record via the Court's ECF system on April 11, 2024:

Mason A. Barney, Esq.
Sean Nation, Esq.
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151

and

Edwin E. Wallis III, Esq.
Glassman, Wyatt, Tuttle & Cox, P.C.
26 North Second Street
Memphis, Tennessee 38103

*Counsel for Plaintiffs*

/s/ *Melody McAnally*

87184687.v1