UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **SARA RILEY,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CENTERSTONE OF AMERICA, INC., CENTERSTONE OF INDIANA, INC., and CENTERSTONE OF TENNESSEE, INC.,**<br><br>Defendants. | Case No. 3:22-cv-00662<br><br>**Judge William F. Campbell, Jr.**<br><br>**Magistrate Judge Alistair Newbern** |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

COMES NOW Plaintiff, Sara Riley, through her undersigned counsel, requests final approval for class action settlement. In support of this request, Plaintiff states and presents the following:

1. The terms of Settlement are set forth in the Settlement Agreement and Release attached as "Exhibit 1" to Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement (the "Memorandum"), filed contemporaneously herewith.

2. The relief sought in this Motion is supported by the Memorandum and the Declaration of Settlement Administrator Regarding Notice of Class Action Settlement.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court enter the proposed Order Granting Final Approval of the Class Action Settlement.

DATED: April 24, 2024                                    Respectfully Submitted,

/s/ *Mason A. Barney*
Mason A. Barney (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: (646) 357-1732
Facsimile: (646) 417-5967
Email: mbarney@sirillp.com

Edwin E. Wallis III
**GLASSMAN, WYATT, TUTTLE & COX, P.C.**
26 North Second Street
Memphis, TN 38103
Telephone: (901) 527-4673
Email: ewallis@gwtclaw.com

*Attorneys for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2024, the following documents were filed via the Court's ECF system:

1. Plaintiff's Motion for Final Approval of Class Action Settlement;
2. Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement; and
3. Declaration of Settlement Administrator Regarding Notice of Class Action Settlement

which caused a true and correct copy of the above to be served electronically via the Court's electronic case filing system to all counsel of record.

/s/ *Mason A. Barney*
Mason A. Barney