# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SARA RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:22-cv-00662 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| CENTERSTONE OF AMERICA, ) | MAGISTRATE JUDGE |
| INC., ET AL., ) | NEWBERN |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiff's unopposed motion for attorneys' fees (Doc. No. 48) and Motion for Final Approval of Class Action Settlement (Doc. No. 52). In support of the motions, Plaintiff filed a copy of the settlement agreement (Doc. No. 52-2), declarations of the settlement administrator, Ryan Aldridge, (Doc. Nos. 48-2, 52-3), and the Declaration of Mason A. Barney regarding Plaintiff's request for attorneys' fees (Doc. No. 56).

The Court held a hearing on the settlement on May 6, 2024. The Court has reviewed the parties' settlement agreement (Doc. No. 52-2), and it appears to be a fair and reasonable settlement for the claims presented. Having reviewed the Plaintiff's filings and based on the discussion during the hearing, the Court also finds that the requested amount of attorney fees and costs is reasonable in light of the circumstances of this case. *See* Tenn. Sup. Ct. R. 8, Rule of Professional Conduct 1.5.

For the reasons stated on the record during the hearing and in this Order, Plaintiff's motion for attorneys' fees (Doc. No. 48) in the amount of $195,000 and the motion for final approval of class action settlement (Doc. No. 52) are **GRANTED**, and this case is **DISMISSED** with

prejudice.  This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.  The Clerk is directed to close the file.

    It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE